**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| EDWIN JOSUE FUENTES,        ) | |
|             ) | |
|     Petitioner,        ) | |
|             ) | No. 2:26-cv-02458-TLP-tmp |
| v.        ) | |

EDWIN JOSUE FUENTES,         )

                    )

       Petitioner,         )

                    )         No. 2:26-cv-02458-TLP-tmp

v.                   )

                    )

CHRISTOPHER BULLOCK, Acting New )
Orleans Field Office Director, Immigration )
and Customs Enforcement and Removal )
Operations,[1]               )

                    )

       Respondent.       )

**ORDER DIRECTING PETITIONER TO SERVE RESPONDENT
AND DIRECTING RESPONDENT TO SHOW CAUSE**

Petitioner Edwin Josue Fuentes, a noncitizen detained in the Western District of Tennessee petitions for a Writ of Habeas Corpus under 28 U.S.C. § 2241. (ECF No. 1.)

Given the grounds raised in the Petition, the Court **ORDERS** Petitioner to deliver a copy of the Petition and all attachments and this Order to the United States Attorney for the Western District of Tennessee electronically at the following email address: **stuart.canale@usdoj.gov**. Petitioner shall do so within **five (5) days** of this Order.

And within **seven (7) days** of receiving the Petition and this Order, Respondent shall show cause in writing why the § 2241 Petition should not be granted. *See* 28 U.S.C. § 2243.

---

[1] The proper respondent to the § 2241 Petition is the United States Immigration and Customs Enforcement ("ICE") District Director for the district in which the alien is being detained. *See Roman v. Ashcroft*, 340 F.3d 314, 320–22 (6th Cir. 2003). The Court therefore respectfully **DIRECTS** the Clerk to terminate all Respondents except "Christopher Bullock, Acting New Orleans Field Office Director, Immigration and Customs Enforcement and Removal Operations."

1

Under the Court's authority under the All Writs Act, 28 U.S.C. § 1651, the Court **ORDERS** Respondent not to remove Petitioner from the Western District of Tennessee while the § 2241 Petition is pending. *See A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1369 (2025).

The Court further **ORDERS** Petitioner to file a reply to Respondent's return within **seven (7) days** after Respondent's responsive filing. Failure to comply with this requirement may justify dismissal of the Petition without further notice. *See* Fed. R. Civ. P. 41(b).

The Court will set a hearing by separate order if necessary. *See* 28 U.S.C. § 2243.

**SO ORDERED**, this 8th day of May, 2026.

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE