**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| EDWIN JOSUE FUENTES, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:26-cv-02458-TLP-tmp |
| v. | ) | |
| | ) | |
| CHRISTOPHER BULLOCK, Acting New | ) | |
| Orleans Field Office Director, Immigration | ) | |
| and Customs Enforcement and Removal | ) | |
| Operations, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER TO FILE UPDATE AFTER HEARING**

Petitioner Edwin Josue Fuentes, a noncitizen detained in the West Tennessee Detention Facility in Mason, Tennessee, petitions for a writ of habeas corpus under 28 U.S.C. § 2241. (ECF No. 1.)   The Court ordered Respondent to show cause why the Writ should not be granted. (ECF No. 7.)  Respondent responded.  (ECF No. 11.)  Petitioner replied.  (ECF No. 12.)  And in his Reply, Petitioner explains that he has a bond hearing scheduled today, May 22, 2026.  (*Id.* at PageID 32.)  He then requests:

> that the Court maintain jurisdiction and leave the petition pending until the bond hearing actually occurs and results in a constitutionally adequate process consistent with due process and complies with *Lopez-Campos*.  If the hearing does not occur, or if it does not comply with due process and the requirements of *Lopez-Campos*, Petitioner respectfully requests that the Court retain the petition for further appropriate relief.

(*Id.*)  The Court therefore **ORDERS** Petitioner's Counsel to file within **ten (10) days** of the bond hearing either (1) a Stipulation of Dismissal or (2) a Notice requesting the Court to rule on the Petition.  Failure to fully comply with this requirement may justify dismissal of the Petition.  *See*

1

Fed. R. Civ. P. 41(b) ("If the plaintiff fails to . . . comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.").

      **SO ORDERED**, this 22nd day of May, 2026.

                        s/ Thomas L. Parker
                        THOMAS L. PARKER
                        UNITED STATES DISTRICT JUDGE