**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

| | |
|---|---|
| EDWIN JOSUE FUENTES, )<br><br>        Petitioner, )<br><br>v. )<br><br>CHRISTOPHER BULLOCK, Acting New )<br>Orleans Field Office Director, Immigration )<br>and Customs Enforcement and Removal )<br>Operations, )<br><br>        Respondent. ) | No. 2:26-cv-02458-TLP-tmp |

---

**JUDGMENT**

---

**JUDGMENT BY THE COURT**.  This action came before the Court on Petitioner's

Petition, filed on April 23, 2026.  (ECF No. 1.)  In accordance with the Stipulation of

Dismissal (ECF No. 14), agreed to by the parties in the case and under Federal Rule of Civil

Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH**

**PREJUDICE**.  Each party shall bear their own costs and attorneys' fees.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

June 1, 2026
Date

1